⬥ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 25 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Olney, Samuel Dan R.        Docket No.        0980 2:13CR02092-029 LRS

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Samuel Dan R. Olney, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 12th day of September 2013, under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether or not the defendant has been prescribed a medical marijuana card.

**Condition #6**: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition #1**: Defendant shall submit to random urinalysis testing as directed by the U.S. Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Olney tested positive for methamphetamine on October 23, 2013.

On October 23, 2013, Mr. Olney tested positive for methamphetamine. Mr. Olney signed the admission of drug use form and admitted to using the illegal substance on October 20, 2013.

**Violation #2**: Mr. Olney failed to report to the U.S. Probation Office on November 22, 2013, by 11:30 a.m. as directed.

On November 20, 2013, this officer met with Mr. Olney at his residence. He was directed to report to the U.S. Probation Office on November 22, 2013, by 11:30 a.m. but failed to do so. This officer then telephoned the defendant and was given until 3:30 p.m. to report but again failed to report as directed.

**Violation #3**: Mr. Olney failed to submit to a urinalysis test as directed by his probation officer on November 22, 2013, by 11:30 a.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Respectfully submitted,

by        s/Jose Zepeda
_____

Jose Zepeda
U.S. Pretrial Services Officer

PS-8
Olney, Samuel Dan R.
Page 2

Sworn to before me, and subscribed

11/25/13
Date                at Yakima, Washington

_____James P. Hutton_____
Signature of Judicial Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____James P. Hutton_____
Signature of Judicial Officer

11/25/13
Date