PROB 12C
(7/93)

Report Date: June 23, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 23 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Dan R. Olney          Case Number: 0980 2:13CR02092-LRS-29

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

| | | |
|---|---|---|
| Original Offense: | Theft of Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Prison 96 days;<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: April 10, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 9, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

    1                     **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

                             **Supporting Evidence**: Mr. Olney failed to notify his probation officer prior to quitting his job at the Yakama Forest Products on or before June 5, 2014.

                             On June 5, 2014, when questioned regarding his job at the Yakama Forest Products, Mr. Olney reported he quit his job due to having no transportation. However, according to Yakama Forest Products personnel, Mr. Olney reported he needed to take a leave of absence from work to take care of a serious medical problem involving a family member. Staff also indicated Mr. Olney was having attendance issues and did not communicate to them if he planed to return to work.

    2                     **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

                             **Supporting Evidence**: Mr. Olney failed to submit his monthly report as directed by his probation officer as of June 19, 2014.

On June 3, 2014, a home visit was conducted and Mr. Olney was reminded he is to report to the probation office and submit his monthly report form. Mr. Olney stated he would come in Thursday, June 5, 2014, and turn in his monthly report. On June 18, 2014, the defendant was reminded he was late with his monthly report form. Mr. Olney stated he would be in the following day. As of June 23, 2014, Mr. Olney has yet to submit his monthly report as directed.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

   **Supporting Evidence**: Mr. Olney failed to submit a random urinalysis testing at Merit Resource Services (Merit) on June 12, and 17, 2014.

4   **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Olney failed to submit to urinalysis testing as directed by his probation officer at Merit on June 18, 2014.

   On June 18, 2014, Mr. Olney was directed to go to Merit and submit to urinalysis testing. On June 19, 2014, this officer spoke with Merit staff and was advised Mr. Olney did not report for testing.

5   **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Olney failed to report to the probation office as directed on June 19, 2014.

   On June 18, 2014, Mr. Olney was directed to report to the probation office the following morning. Mr. Olney acknowledged he understood his probation officer's directive. On June 19, 2014, Mr. Olney called and left a voice mail message indicating he would not be able to report this date, but would come in after his drug and alcohol appointment the following day. As of June 23, 2014, Mr. Olney has failed to report as directed.

6   **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient and aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

   **Supporting Evidence**: Mr. Olney has failed to attend his scheduled treatment appointment at Merit on June 20, 2014.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 23, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/23/14
Date