PROB 12C
(7/93)

Report Date: October 2, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 14 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel Dan R. Olney         Case Number: 0980 2:13CR02092-LRS-29

Address of Offender: ███████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 10, 2014

| | | |
|---|---|---|
| Original Offense: | Theft of Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Prison 96 days; TSR - 12 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: April 10, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: April 9, 2015 |

### PETITIONING THE COURT

  **To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 23, 2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |
| | **Supporting Evidence**: Mr. Olney has failed to make regular monthly payments since May 9, 2014. |
| | On April 11, 2014, Mr. Olney signed a restitution payment agreement agreeing to make $50 monthly payments starting May 2014. Mr. Onley made a $50 payment on May 9, 2014, but has failed to make additional payments since. |
| 8 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |

        **Supporting Evidence**: Mr. Olney failed to submit his monthly report form as directed for the month of September 2014.

        Mr. Olney was instructed by his probation officer to submit his monthly report form within the first 5 days of each month. On September 11, 2014, a late report notice along with a report form was mailed to the defendant's residence reminding him his report has not been received. Mr. Olney failed to submit his report form as directed.

9        **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Olney tested positive for amphetamines on August 27, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 2, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

10/14/14
Date